

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2022

No. 04-22-00100-CV

**IN THE INTEREST OF B.Z.B AND B.Z.H**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018EM507605
Honorable Eric J. Rodriguez, Judge Presiding

# O R D E R

Appellant filed a notice of appeal stating their intention to appeal the trial court's January 18, 2022 judgment. Subsequently, the trial court clerk notified this court that no such order exists.

Generally, our appellate jurisdiction is limited to review of final, appealable orders or judgments. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (noting that generally "an appeal may be taken only from a final judgment").

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Lehmann*, 39 S.W.3d at 195.

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court